# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 15-9674-SVW-RAOx | Date | October 25, 2016 |
| Title | *Ramirez v. United States of America* | | |

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**  IN CHAMBERS ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED WITH PREJUDICE

    On September 21, 2016 this Court dismissed Plaintiff's complaint without prejudice. Dkt. 28. It has now been thirty-four (34) days and Plaintiff has not filed an amended complaint. Therefore, this Court orders Plaintiff to show cause why the case should not be dismissed WITH PREJUDICE. Plaintiff has ten (10) days to respond to this Order.

Initials of Preparer  PMC